UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLARENCE MEADOWS and WENDY
MEADOWS,

    Plaintiffs,

v.                                                       Case No: 8:18-cv-2362-T-36AAS

HARBOR FREIGHT TOOLS USA, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on December 7, 2018 (Doc. 10). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Meadows' motion to strike Harbor Freight's sixteenth affirmative defense (Doc. 8) be GRANTED. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 10) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiffs' Motion to Strike Defendant's Affirmative Defense No. 16 (Doc. 8) is GRANTED, for the reasons set forth in the Report and Recommendation.

**DONE AND ORDERED** at Tampa, Florida on December 27, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record